# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ADL, MOHAMED Z. | § Case No. 05-52606 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JOHN E. GIERUM</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 08/27/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 07/24/2010        By:  /s/JOHN E. GIERUM
                                             Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ADL, MOHAMED Z. | § Case No. 05-52606 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    35,759.31

*and approved disbursements of*      $    148.43

*leaving a balance on hand of* [1]      $    35,610.88

Claims of secured creditors will be paid as follows:

*Claimant*                                                   *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 4,325.93 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                 *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 253,266.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | P&G | $ 241.74 | $ 29.86 |
| 2 | Wells Fargo Card Services | $ 3,200.30 | $ 395.32 |
| 4 | UNITED STATES DEPARTMENT OF EDUCATION | $ 184,878.24 | $ 22,837.25 |
| 5 | Chase Bank USA, N.A. | $ 4,733.72 | $ 584.74 |
| 6 | Chase Bank USA, N.A. | $ 4,684.49 | $ 578.66 |
| 7 | MBNA America Bank N.A. | $ 21,220.37 | $ 2,621.27 |
| 8 | CITIBANK SOUTH DAKOTA NA | $ 16,140.36 | $ 1,993.75 |
| 9 | CITIBANK SOUTH DAKOTA NA | $ 7,330.19 | $ 905.47 |
| 10 | eCAST Settlement Corporation/* was HSBC claim | $ 10,836.86 | $ 1,338.63 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOHN E. GIERUM
                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                 Page 1 of 2                  Date Rcvd: Jul 27, 2010
Case: 05-52606                 Form ID: pdf006              Total Noticed: 34

The following entities were noticed by first class mail on Jul 29, 2010.
db           +Mohamed Z. Adl,   36514 Sagebrush Edge Ct.,   Lake Villa, IL 60046-6791
aty          +Harold M Saalfeld,   Harold M Saalfeld, Attorney at Law,   25 N County Street Suite 2R,
               Waukegan, IL 60085-4342
tr           +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
10181762      BELLSOUTH MASTERCARD,   P.O. BOX 15299,   WILMINGTON, DE 19850-5299
10706061     +CITIBANK SOUTH DAKOTA NA,   CITIBANK CHOICE,   EXCEPTION PAYMENT PROCESSING,   POB 6305,
               THE LAKES, NV 88901-6305
10181763     +CITICARDS,   P.O. BOX 6413,   THE LAKES, NV 88901-6413
10609844     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10181766      GM CARD,   P.O. BOX 37281,   BALTIMORE, MD 21297-3281
10181768      HIGHLAND CAPITAL CORP,   P.O. BOX 1224,   LITTLE FALLS, NJ 07424-8224
10181769     +HPSC INC,   ONE BEACONS ST, 2ND FL,   BOSTON, MA 02108-3121
10181770      INFINITI FINANCIAL SERVICES,   P.O. BOX 0522,   CAROL STREAM, IL 60132-0522
10181771     +JENSEN DISPOSAL,   P.O. BOX 415,   MUNDELEIN, IL 60060-0415
10181772     +JIM HEALY,   1500 MONTGOMERY DR,   DEERFIELD, IL 60015-2065
10564240      Jensen Disposal,   POB 415,   Cincinnati, OH 45250
10181773     +KODAK DENTAL SYSTEMS PRACTICEWORKS INC,   1765 THE EXCHANGE,   ATLANTA, GA 30339-2005
10564241     +Keyth Technologies Inc,   1575 Oakwood Ave,   Highland Park, IL 60035-3687
10181774     +LAW OFFICE OF NEIL S. AMENT,   1955 SHERMER RD, SUITE 400,   NORTHBROOK, IL 60062-5355
10181775      MBNA AMERICA,   P.O. BOX 15137,   WILMINGTON, DE 19886-5137
10181776      P&G,   P.O. BOX 4751,   MARTINVILLE, VA 24115-4751
10181777      PROVIDIAN,   P.O. BOX 660509,   DALLAS TX 75266-0609
10181778      SBC,   BILL PAYMENTY CENTER,   CHICAGO, IL 60663-0001
10564239      SBC (Saginew MI),   POB 5072,   Saginaw, MI 48605
10181779      THE ALUMNI ASSOCIATION,   P.O. BOX 15049,   WILMINGTON, DE 19850-5049
10181780      U.S. DEPT OF EDUCATION,   P.O. BOX 530260,   ATLANTA, GA  30353-0260
10609604      UNITED STATES DEPARTMENT OF EDUCATION,   DIRECT LOAN SERVICING CENTER,   P.O. BOX 5609,
               GREENVILLE, TX 75403-5609
10564243     +Village of Lindenhurst,   2301 E Sand Lake Rd,   Lindenhurst, IL 60046-8935
10181781     +WELLS FARGO FINANCIAL,   p.O. bOX 4109,   CONCORD, CA 94524
10588234     +Wells Fargo Card Services,   P.O. Box 9210,   Des Moines, IA 50306-9210
10181782     +YELLOW BOOK ADVERTISING,   CUSTOMER SERVICE - BANKRUPTCY DEPT,   2008 RENAISSANCE BLVD.,
               KING OF PRUSSIA, PA 19406-2700
10564244     +Yellow Book USA,   1933 N Meacham Rd Ste 600,   Schaumburg, IL 60173-4390
10819426      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 27, 2010.
10564242     +E-mail/Text: legalcollections@comed.com                          Comed,   Bill Payment Center,
               POB 0001,   Chicago, IL 60668-0001
10181764      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2010 01:00:09      DISCOVER  CARD,
               P.O. BOX 30395,   SALT LAKE CITY, UT 84130-0395
11519448      E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10181765    ##EMC MORTGAGE CORP,   P.O. BOX 141358,   IRVING, TX 75014-1358
10181767    ##+GRAHICS TO GO, INC,   1425 WEST GOLF RD,   WAUKEGAN, IL 60087-4830
10688425    ##+MBNA America Bank N.A.,   Mailstop DES -014-02-03,   Po Box 15168,   Wilmington , DE 19850-5168
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: vbrown           Page 2 of 2            Date Rcvd: Jul 27, 2010
Case: 05-52606                Form ID: pdf006        Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                                    **Signature:**    *Joseph Speetjens*